JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SAYWELL, an individual, <br><br> Plaintiff, <br><br> v. <br><br> TWC ADMINISTRATION LLC <br><br> Defendants. | Case No. 2:18-cv-10620-JFW-MAAx <br><br> **JUDGMENT** |

## **JUDGMENT**

WHEREFORE, on October 31, 2019, the Court granted summary judgment in Defendant TWC Administration, LLC's ("TWC") favor against Plaintiff Michelle Saywell ("Saywell") as to all claims for relief and causes of action by Plaintiff because there is no triable issue as to any material fact and TWC is entitled to judgment as a matter of law. *See* Docket No. 43. As such, Plaintiff has no remaining claims for relief in this action.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

Judgment is entered in favor of Defendant TWC Administration, LLC and against Plaintiff Michelle Saywell. Plaintiff shall take nothing as a result of her claims for relief, all of Plaintiff's claims for relief shall be dismissed with prejudice, and Defendant shall recover its costs.

**IT IS SO ORDERED.**

DATED: November 12, 2019

_____
JUDGE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

JUDGMENT
Case No. 2:18-cv-10620-JFW-MAA